**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

KEVIN S. MINES,                    : No. 2 EM 2023
                                   :
            Petitioner             :
                                   :
                                   :
        v.                         :
                                   :
                                   :
COURT OF COMMON PLEAS              :
PHILADELPHIA COUNTY,               :
                                   :
            Respondent             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.